1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SANDY HOLT,                          | Case No. 2:24-cv-03256-DJC-CSK

12              Plaintiff,                 | ORDER FINDING SERVICE OF FIRST
                                            AMENDED COMPLAINT APPROPRIATE
13        v.                                ON DEFENDANTS SACRAMENTO
                                            COUNTY SERGENT FORSYTH #221 AND
14   SGT. FORSYTH #221, et al.,            | SACRAMENTO COUNTY DEPUTY
                                            HIGLEY #473, AND DIRECTING SERVICE
15              Defendants.                 | AND DISMISSING CLAIMS TWO AND
                                            THREE
16

17        Plaintiff Sandy Holt is proceeding in this action pro se.[1] On September 16, 2025,

18   the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C § 1915(e).

19   9/16/2025 Order (ECF No. 5). The Court found Plaintiff stated a cognizable Fourth

20   Amendment claim for unlawful search and seizure (First Cause of Action) against

21   Defendants Sacramento County Sergent Forsyth #221 and Sacramento County Deputy

22   Higley #473; and granted Plaintiff the option of filing an amended complaint in an

23   attempt to rectify the identified pleading deficiencies in Plaintiff's cruel and unusual

24   punishment (Second Cause of Action) and Fourteenth Amendment falsification of

25   records (Third Cause of Action) claims against Defendants Sacramento County Sergent

26   Forsyth #221 and Sacramento County Deputy Higley #473. *Id*. On October 7, 2025,

27

28   ---
     [1]   This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R.
     Civ. P. 72, and Local Rule 302(c).

                                            1

1   Plaintiff elected to dismiss her cruel and unusual punishment (Second Cause of Action)

2   and Fourteenth Amendment falsification of records (Third Cause of Action) against

3   Defendants Sacramento County Sergent Forsyth #221 and Sacramento County Deputy

4   Higley #473. (ECF No. 6.)

5           Therefore, the Court orders that this case proceed on Plaintiff's First Amended

6   Complaint (ECF No. 4) against Defendants Sacramento County Sergent Forsyth #221

7   and Sacramento County Deputy Higley #473 based on Plaintiff's Fourth Amendment

8   claim for unlawful search and seizure (First Cause of Action). Pursuant to Plaintiff's

9   consent, Plaintiff's cruel and unusual punishment (Second Cause of Action) and

10  Fourteenth Amendment falsification of records (Third Cause of Action) claims against

11  Defendants Sacramento County Sergent Forsyth #221 and Sacramento County Deputy

12  Higley #473 are dismissed without prejudice. (ECF No. 6.)

13          Accordingly, IT IS HEREBY ORDERED that:

14      1.      Service of the complaint is appropriate for the following named defendants:

15              a.      Sacramento County Sergent Forsyth #221; and

16              b.      Sacramento County Deputy Higley #473;

17      2.      The Clerk of the Court is directed to issue process and to send Plaintiff an

18              instruction sheet for service of process by the United States Marshal, one

19              USM-285 form, a summons form, and an endorsed copy of Plaintiff's First

20              Amended Complaint filed May 22, 2025. ECF No. 4.

21      3.      Within sixty days after this order is served, Plaintiff shall supply the U.S.

22              Marshal all information needed by the Marshal to effect service of process.

23              The required documents shall be submitted directly to the United States

24              Marshal either by personal delivery or by mail to: United States Marshals

25              Service, 501 I Street, Suite 5600, Sacramento, CA 95814 (tel. 916-930-

26              2030). The court anticipates that, to effect service, the U.S. Marshal will

27              require, for the defendants, at least:

28              a.      One completed summons;

b.    One completed USM-285 form;

c.    One copy of the endorsed complaint, with an extra copy for the U.S. Marshal; and

d.    One copy of the instant order.

4.    In the event the U.S. Marshal is unable, for any reason whatsoever, to effect service on a defendant within ninety days of receiving this order the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

5.    Within twenty-one days after submitting the required materials to the United States Marshals Service, Plaintiff shall file with this court a declaration stating the date on which Plaintiff submitted the required documents to the United States Marshal. Failure to file the declaration in a timely manner may result in an order imposing appropriate sanctions.

6.    Within sixty days after receiving the necessary materials from Plaintiff, the United States Marshal is directed to serve process on Defendants without prepayment of costs.

7.    Plaintiff is cautioned that the failure to comply with this order may result in a recommendation that this action be dismissed.

Dated:  December 1, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, holt3256.24

3